| 006P17 | In the Matter of A.H., C.H. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA16-581) | Denied |
|---|---|---|---|
| 013P17 | State v. Kalmeaice Kawanna Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA16-432) | Denied |
| 024P17-2 | State v. Calvin Lamar Adams | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA15-1384) | Dismissed |
| 030P17 | State v. Napoleon Richard Cooper | Def's PDR Under N.C.G.S. § 7A-31 (COA16-483) | Denied |
| 036P17 | State v. Constance Michelle Sheperd | Def's PDR Under N.C.G.S. § 7A-31 (COA16-270) | Denied |
| 039P12-2 | State v. Ray Lee Ross | Def's Petition for *Writ of Certiorari* to Review Order of COA (COA17-56) | Dismissed<br>**Beasley, J., recused** |
| 044P17 | Edward F. Wilkie and Debra T. Wilkie v. City of Boiling Spring Lakes | 1. Plts' Notice of Appeal Based Upon a Constitutional Question (COA16-652)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal | 1. —<br><br>2. Special Order<br><br>3. Allowed |
| 048P17 | Estate of Regina Cecylia Johnson v. Fundacja Jasmin Reginy Elandt I Normana Lloyda Johnsonow, Ewa Violetta Elandt-Jankowska, and Hanna Elandt-Pogodzinska | Plt's PDR Under N.C.G.S. § 7A-31 (COA16-528) | Denied<br>**Morgan, J., recused** |
| 052P17 | Roy A. Cooper, III, in his Official Capacity as Governor of the State of North Carolina v. Philip E. Berger, in his Official Capacity as President *Pro Tempore* of the North Carolina Senate; and Timothy K. Moore, in his Official Capacity as Speaker of the North Carolina House of Representatives | 1. Plt's Motion for Temporary Stay (COAP17-101)<br><br>2. Plt's Petition for *Writ of Supersedeas*<br><br>3. Plt's Petition for *Writ of Certiorari* to Review Order of COA<br><br>4. Plt's PDR Prior to a Decision of COA | 1. Allowed **02/13/2017** Dissolved **05/03/2017**<br><br>2. Dismissed as moot<br><br>3. Dismissed as moot<br><br>4. Denied |